IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE CESPEDE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-5032 |
| | : | |
| MARK WAHL, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 3rd day of September, 2024, upon careful consideration of Jose Cespede's Petition for Writ of Habeas Corpus, and following careful review of the Report and Recommendation of U.S. Magistrate Judge Scott W. Reid, to which no objections have been filed, it is hereby ORDERED:

1. The Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED.[1]

2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED IN PART and DENIED IN PART;

3. No Certificate of Appealability shall issue, as Petitioner has not shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this Court's procedural disposition of his claims; and

4. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez

---

[1] The Report and Recommendation was sent to all parties of record on July 1, 2024, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

Juan R. Sánchez, J.