IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE CESPEDE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-5032 |
| | : | |
| MARK WAHL, et al. | : | |

# **ORDER**

AND NOW, this 20th day of December, 2024, upon consideration of Plaintiff Jose Cespede's Motion for Relief Under Rule 60 (ECF No. 28), and for the reasons stated in the accompanying memorandum, it is ORDERED the Motion is DENIED.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.